# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANA RAWLINGS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTT SHAW, and the CITY OF PRESTON, IDAHO, a Municipal Corporation,<br><br>　　　　　Defendants. | Case No. CIV 05-015-S-LMB<br><br>**ORDER FOR ENLARGEMENT OF TIME FOR PRESTON CITY'S ANSWER** |

　　　　The Stipulation of the parties for an enlargement of time to file an Answer or other responsive pleading to the Plaintiff's Complaint having come before this Court, and good and sufficient cause appearing therefore;

　　　　IT IS HEREBY ORDERED that Defendant Preston City shall have until July 29, 2005, to file an Answer or other appropriate responsive pleading to the Plaintiff's Complaint.

　　　　　　　　　　　　　　　　　　　　DATED:  **May 31, 2005**.

　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　Honorable Larry M. Boyle
　　　　　　　　　　　　　　　　　　　　Chief U. S. Magistrate Judge

**ORDER FOR ENLARGEMENT OF TIME FOR PRESTON CITY'S ANSWER - 1.**